IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03175-PAB-BNB

DWYANE A. BRYANT,

Plaintiff,

v.

CRICKET COMMUNICATION INC.,

Defendant.

___

# MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Modify Scheduling Order to Move the Expert Designation Deadline to July 30, 2012** [docket no. 17, filed June 20, 2012] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
      The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 30, 2012**;

      The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 29, 2012**;

| | |
|---|---|
| Discovery Cut-Off: | **September 28, 2012**; |
| Dispositive Motion Deadline: | **October 29, 2012**. |

      IT IS FURTHER ORDERED that the Pretrial Conference set for December 5, 2012, is **vacated and reset to January 10, 2013, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **January 3, 2013**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  June 21, 2012